1003). (Appeal from judgment of Supreme· Court, Wyoming County, Dadd, J., art 78.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.

■ In the Matter of ADDIS WOLDEQUIORQUIS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously affirmed *(see, People ex rel. Corcoran v Smith,* 105 AD2d 1142; *Matter of Jones v Smith,* 120 Misc 2d 445, *affd* 101 AD2d 705, *affd* 64 NY2d 1003). (Appeal from judgment of Supreme Court, Wyoming County, Francis, J.—art 78.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.

■ In the Matter of GREGORY S. SOBUS, Petitioner, v ROBERT A. CONTIGUGLIA, as Supreme Court Justice, Respondent.—Application unanimously denied and petition dismissed without costs. Memorandum: County Court, in the exercise of its discretion, did not act arbitrarily and capriciously when it denied petitioner's application for a pistol permit (Penal Law § 400.00). The petitioner's admission of discharging his pistol in a negligent manner, which resulted in the revocation of his license, was a sufficient ground to deny his subsequent application and did not warrant a hearing *(Matter of Silverberg v Dillon,* 73 AD2d 838, *appeal dismissed* 49 NY2d 889). (Article 78.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OTES G. RODRIGUEZ, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed *(see, People ex rel. Douglas v Vincent,* 67 AD2d 587, 589, *affd* 50 NY2d 901). (Appeal from judgment of Supreme Court, Wyoming County, Morton, J.—habeas corpus.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SHIELDS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Wayne County Court, Parenti, J.—assault, first degree.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. VERNON JACKSON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. (Appeal No. 1.)—Appeal unanimously dismissed as moot *(see, People ex rel. Wilder v Markley,* 26 NY2d 648). (Appeal from judgment of Supreme

Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VERNON JACKSON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent, (Appeal No. 2.)—Appeal unanimously dismissed as moot (see, People ex rel. Wilder v Markley, 26 NY2d 648). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD VELEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Ontario County Court, Cicoria, J.—driving while intoxicated.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE WILCOX, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—attempted burglary, third degree.) Present—Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY PAUL DILLINGHAM, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Oswego County Court, Sullivan, J.—robbery, first degree.) Present—Hancock, Jr., J. P., Callahan, Doerr, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM MITCHELL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—attempted burglary, third degree.) Present—Hancock, Jr., J. P., Callahan, Doerr, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN McCARLEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—criminal possession of forged instrument, second degree.) Present—Hancock, Jr., J. P., Callahan, Doerr, Pine and Schnepp, JJ.